**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: KRYSTINAK, JOHN §  | Case No. 09-16974-JS |
| KRYSTINAK, MARY §  | |
| §  | |
| Debtor(s) §  | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

DAVID GROCHOCINSKI, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $0.00 | Assets Exempt:  $170,523.93 |
| Total Distribution to Claimants: $4,971.41 | Claims Discharged Without Payment:  $333,987.95 |
| Total Expenses of Administration:  $7,031.33 | |

3) Total gross receipts of $ 12,002.74 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $12,002.74 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,031.33 | 7,031.33 | 7,031.33 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 338,959.36 | 338,959.36 | 4,971.41 |
| **TOTAL DISBURSEMENTS** | $0.00 | $345,990.69 | $345,990.69 | $12,002.74 |

    4) This case was originally filed under Chapter 7 on May 09, 2009.
. The case was pending for 11 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/13/2010         By: /s/DAVID GROCHOCINSKI, TRUSTEE
                                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 10 ACRES IN MICHIGAN | 1110-000 | 12,000.00 |
| Interest Income | 1270-000 | 2.74 |
| **TOTAL GROSS RECEIPTS** | | **$12,002.74** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE | 2100-000 | N/A | 1,950.17 | 1,950.17 | 1,950.17 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 3410-000 | N/A | 1,672.50 | 1,672.50 | 1,672.50 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3110-000 | N/A | 3,320.00 | 3,320.00 | 3,320.00 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3120-000 | N/A | 78.71 | 78.71 | 78.71 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 9.95 | 9.95 | 9.95 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 7,031.33 | 7,031.33 | 7,031.33 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AMERICAN INFOSOURCE AS AGENT FOR TARGET | 7100-000 | N/A | 14,233.15 | 14,233.15 | 208.75 |
| HEALTHCARE ASSOCIATES CREDIT UNION | 7100-000 | N/A | 10,614.59 | 10,614.59 | 155.68 |
| CAPITAL ONE BANK USA NA | 7100-000 | N/A | 8,738.99 | 8,738.99 | 128.17 |
| CAPITAL ONE BANK USA NA | 7100-000 | N/A | 17,856.80 | 17,856.80 | 261.90 |
| CHASE BANK USA NA | 7100-000 | N/A | 23,706.59 | 23,706.59 | 347.70 |
| CHASE BANK USA NA | 7100-000 | N/A | 22,065.36 | 22,065.36 | 323.63 |
| CHASE BANK USA NA | 7100-000 | N/A | 1,005.42 | 1,005.42 | 14.75 |
| CHASE BANK USA NA | 7100-000 | N/A | 2,103.85 | 2,103.85 | 30.86 |
| US DEPARTMENT OF EDUCATION | 7100-000 | N/A | 151,454.01 | 151,454.01 | 2,221.32 |
| FIA CARD SERVICES BY AMERICAN INFOSOURCE | 7100-000 | N/A | 14,715.05 | 14,715.05 | 215.82 |
| FIA CARD SERVICES, NA BY AMERICAN INFOSOURCE | 7100-000 | N/A | 20,413.69 | 20,413.69 | 299.40 |
| FIA CARD SERVICES/BY AMERICAN INFOSOURCE | 7100-000 | N/A | 23,937.32 | 23,937.32 | 351.08 |
| FIA CARD SERVICES/BY AMERICAN INFOSOURCE | 7100-000 | N/A | 6,302.34 | 6,302.34 | 92.43 |
| FIA CARD SERVICES/BY AMERICAN INFOSOURCE | 7100-000 | N/A | 19,739.80 | 19,739.80 | 289.52 |
| GE MONEY BANK DBA LOWES CONSUMER | 7100-000 | N/A | 2,072.40 | 2,072.40 | 30.40 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 0.00 | 338,959.36 | 338,959.36 | 4,971.41 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-16974-JS  
**Case Name:** KRYSTINAK, JOHN  
                KRYSTINAK, MARY  
**Period Ending:** 04/13/10

**Trustee:** (520067) DAVID GROCHOCINSKI, TRUSTEE  
**Filed (f) or Converted (c):** 05/09/09 (f)  
**§341(a) Meeting Date:** 06/24/09  
**Claims Bar Date:** 11/12/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 10 ACRES IN MICHIGAN | 18,135.00 | 14,181.56 | | 12,000.00 | FA |
| 2 | 1025 RIDGEWOOD DRIVE, WEST CHICAGO, IL | 320,000.00 | 0.00 | | 0.00 | FA |
| 3 | CASH | 10.00 | 0.00 | | 0.00 | FA |
| 4 | CHECKING ACCOUNTS | 1,571.56 | 0.00 | | 0.00 | FA |
| 5 | HOUSEHOLD GOODS | 1,765.00 | 0.00 | | 0.00 | FA |
| 6 | PAINTINGS, CDS, DVDS | 200.00 | 0.00 | | 0.00 | FA |
| 7 | WEARING APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| 8 | JEWELRY | 500.00 | 0.00 | | 0.00 | FA |
| 9 | LIFE INSURANCE POLICIES | 11,451.74 | 0.00 | | 0.00 | FA |
| 10 | 401K | 31,258.16 | 0.00 | | 0.00 | FA |
| 11 | IRA | 275.95 | 0.00 | | 0.00 | FA |
| 12 | WHEATON FRANCISCAN SISTERS PLANS | 84,438.08 | 0.00 | | 0.00 | FA |
| 13 | 2006 BUICK RAINIER | 17,895.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2.74 | Unknown |
| **14** | **Assets** Totals (Excluding unknown values) | **$487,800.49** | **$14,181.56** | | **$12,002.74** | **$0.00** |

**Major Activities Affecting Case Closing:**

    SENT FINAL REPORT TO US TRUSTEE'S OFFICE 1/11/10

**Initial Projected Date Of Final Report (TFR):** June 30, 2011    **Current Projected Date Of Final Report (TFR):** March 31, 2010

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-16974-JS  
**Case Name:** KRYSTINAK, JOHN  
KRYSTINAK, MARY  
**Taxpayer ID #:** **-***8612  
**Period Ending:** 04/13/10

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****51-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 09/11/09 | {1} | MARY & JOHN KRYSTINAK | INTEREST IN REAL ESTATE | 1110-000 | 12,000.00 | | 12,000.00 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.26 | | 12,000.26 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.48 | | 12,000.74 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.50 | | 12,001.24 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.50 | | 12,001.74 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.47 | | 12,002.21 |
| 02/05/10 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #09-16974, BOND#016026455 | 2300-000 | | 9.95 | 11,992.26 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.45 | | 11,992.71 |
| 03/04/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.08 | | 11,992.79 |
| 03/04/10 | | To Account #********5166 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 11,992.79 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 12,002.74 | 12,002.74 | $0.00 |
| Less: Bank Transfers | 0.00 | 11,992.79 | |
| **Subtotal** | **12,002.74** | **9.95** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$12,002.74** | **$9.95** | |

{} Asset reference(s)

Printed: 04/13/2010 10:39 AM    V.12.08

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-16974-JS  
**Case Name:** KRYSTINAK, JOHN  
KRYSTINAK, MARY  
**Taxpayer ID #:** **-***8612  
**Period Ending:** 04/13/10

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****51-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/04/10 | | From Account #********5165 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 11,992.79 | | 11,992.79 |
| 03/05/10 | 101 | DAVID GROCHOCINSKI, TRUSTEE | Dividend paid 100.00% on $1,950.17, Trustee Compensation; Reference: | 2100-000 | | 1,950.17 | 10,042.62 |
| 03/05/10 | 102 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | Dividend paid 100.00% on $1,672.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,672.50 | 8,370.12 |
| 03/05/10 | 103 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $3,320.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,320.00 | 5,050.12 |
| 03/05/10 | 104 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $78.71, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 78.71 | 4,971.41 |
| 03/05/10 | 105 | AMERICAN INFOSOURCE AS AGENT FOR TARGET | Dividend paid 1.46% on $14,233.15; Claim# 001; Filed: $14,233.15; Reference: | 7100-000 | | 208.75 | 4,762.66 |
| 03/05/10 | 106 | HEALTHCARE ASSOCIATES CREDIT UNION | Dividend paid 1.46% on $10,614.59; Claim# 002; Filed: $10,614.59; Reference: | 7100-000 | | 155.68 | 4,606.98 |
| 03/05/10 | 107 | CAPITAL ONE BANK USA NA | Dividend paid 1.46% $8,738.99; Claim# 003; Filed: $8,738.99; Reference: | 7100-000 | | 128.17 | 4,478.81 |
| 03/05/10 | 108 | CAPITAL ONE BANK USA NA | Dividend paid 1.46% on $17,856.80; Claim# 004; Filed: $17,856.80; Reference: | 7100-000 | | 261.90 | 4,216.91 |
| 03/05/10 | 109 | CHASE BANK USA NA | Dividend paid 1.46% $23,706.59; Claim# 005; Filed: $23,706.59; Reference: | 7100-000 | | 347.70 | 3,869.21 |
| 03/05/10 | 110 | CHASE BANK USA NA | Dividend paid 1.46% on $22,065.36; Claim# 006; Filed: $22,065.36; Reference: | 7100-000 | | 323.63 | 3,545.58 |
| 03/05/10 | 111 | CHASE BANK USA NA | Dividend paid 1.46% on $1,005.42; Claim# 007; Filed: $1,005.42; Reference: | 7100-000 | | 14.75 | 3,530.83 |
| 03/05/10 | 112 | CHASE BANK USA NA | Dividend paid 1.46% on $2,103.85; Claim# 008; Filed: $2,103.85; Reference: | 7100-000 | | 30.86 | 3,499.97 |
| 03/05/10 | 113 | US DEPARTMENT OF EDUCATION | Dividend paid 1.46% on $151,454.01; Claim# 009; Filed: $151,454.01; Reference: | 7100-000 | | 2,221.32 | 1,278.65 |
| 03/05/10 | 114 | FIA CARD SERVICES BY AMERICAN INFOSOURCE | Dividend paid 1.46% on $14,715.05; Claim# 010; Filed: $14,715.05; Reference: | 7100-000 | | 215.82 | 1,062.83 |
| 03/05/10 | 115 | FIA CARD SERVICES, NA BY AMERICAN INFOSOURCE | Dividend paid 1.46% on $20,413.69; Claim# 011; Filed: $20,413.69; Reference: | 7100-000 | | 299.40 | 763.43 |
| 03/05/10 | 116 | FIA CARD SERVICES/BY AMERICAN INFOSOURCE | Dividend paid 1.46% on $23,937.32; Claim# 012; Filed: $23,937.32; Reference: | 7100-000 | | 351.08 | 412.35 |
| 03/05/10 | 117 | FIA CARD SERVICES/BY AMERICAN INFOSOURCE | Dividend paid 1.46% on $6,302.34; Claim# 013; Filed: $6,302.34; Reference: | 7100-000 | | 92.43 | 319.92 |
| 03/05/10 | 118 | FIA CARD SERVICES/BY AMERICAN INFOSOURCE | Dividend paid 1.46% on $19,739.80; Claim# 014; Filed: $19,739.80; Reference: | 7100-000 | | 289.52 | 30.40 |

Subtotals :  $11,992.79   $11,962.39

{} Asset reference(s)  
Printed: 04/13/2010 10:39 AM    V.12.08

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 09-16974-JS | | **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| --- | --- | --- | --- | --- |
| **Case Name:** | KRYSTINAK, JOHN | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | KRYSTINAK, MARY | | **Account:** | ***-*****51-66 - Checking Account |
| **Taxpayer ID #:** | **-***8612 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 04/13/10 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 03/05/10 | 119 | GE MONEY BANK DBA LOWES CONSUMER | Dividend paid   1.46% on $2,072.40; Claim# 015; Filed: $2,072.40; Reference: | 7100-000 | | 30.40 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 11,992.79 | 11,992.79 | $0.00 |
| | | | Less: Bank Transfers | | 11,992.79 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 11,992.79 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$11,992.79** | |

{} Asset reference(s)

Printed: 04/13/2010 10:39 AM    V.12.08

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 09-16974-JS | | **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| **Case Name:** | KRYSTINAK, JOHN | | **Bank Name:** | The Bank of New York Mellon |
| | KRYSTINAK, MARY | | **Account:** | 9200-******51-66 - Checking Account |
| **Taxpayer ID #:** | **-***8612 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 04/13/10 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

Net Receipts :    12,002.74

Net Estate :    $12,002.74

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****51-65** | 12,002.74 | 9.95 | 0.00 |
| **Checking # ***-*****51-66** | 0.00 | 11,992.79 | 0.00 |
| **Checking # 9200-******51-66** | 0.00 | 0.00 | 0.00 |
| | $12,002.74 | $12,002.74 | $0.00 |

{} Asset reference(s)                                     Printed: 04/13/2010 10:39 AM    V.12.08